Andrew R. Wilson, OSB 125006
Black, Chapman, Petersen & Stevens
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850; (541) 779-7430 (fax)
awilson@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| RYAN BUGAREN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MSL COMMUNITY MANAGEMENT LLC, a foreign limited liability corporation, MBK SENIOR LIVING LLC, a foreign limited liability corporation,<br><br>　　　　　Defendants. | Case No: 1:23-cv-00568-CL<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties endorsed below, and it appearing to the Court that this matter has been fully compromised and settled,

IT IS HEREBY ORDERED AND ADJUSTED that this case shall be dismissed with prejudice and without costs to the parties.

7-12-24

_____
Mark D. Clarke
United States Magistrate Judge

1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**IT IS SO STIPULATED:**

BLACK, CHAPMAN, PETERSEN & STEVENS

/s/Andrew R. Wilson                                     7/9/2024
Andrew R. Wilson, OSB#125006                            Dated
Attorney for Ryan Bugaren


JACKSON LEWIS P.C.


/s/Scott W. Oborne                                      7/9/2024
Scott W. Oborne, OSB# 062333                            Dated
Of Attorneys for MSL Community Management, LLC
and MBK Senior Living, LLC

2 - STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE